**People of the State of Illinois, Defendant in Error, v. Margaret E. Kabana, Plaintiff in Error.**

Gen. No. 42,862.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944; rehearing denied March 14, 1944. Elmer Gertz and George G. Rinier, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.